**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1011**

———————

JESSIE FOGGIE,

                          Plaintiff - Appellant,

    versus

SEARS ROEBUCK AND COMPANY,

                          Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson. G. Ross Anderson, Jr., District Judge.
(CA-98-3699-8-13AK)

———————

Submitted: April 13, 2000         Decided: April 20, 2000

———————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jessie Foggie, Appellant Pro Se. Stephen Floyd Fisher, Anna Maria
Darwin, JACKSON, LEWIS, SCHNITZLER & KRUPMAN, Greenville, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jessie Foggie appeals the district court's order dismissing her employment discrimination action for insufficient service of process and for failure to timely file her complaint.  We have reviewed the record and the district court's opinion accepting the report and recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Foggie v. Sears Roebuck & Co., No. CA-98-3699-8-13AK (D.S.C. Nov. 22, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED